PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 SEP 13 PM 12: 25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

U. S. A. vs. GONZALEZ, EDGARDO

Docket No. 06CR1387-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Edgardo Gonzalez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 25th day of May, 2006, under the following conditions:

**General Conditions:** Not commit any federal, state, or local crime during the period of release; make all court appearances.

**Special Conditions:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant was cited for possession of marijuana by the Calexico Police Department as evidenced by citation number B98923 and has further pled guilty to Importation of Marijuana. The defendant has no objection to drug testing with U.S. Pretrial Services.

PRAYING THAT THE COURT WILL MODIFY THE EXISTING CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT AND/OR TESTING AS SPECIFIED BY PRETRIAL SERVICES FOR DRUGS OR ALCOHOL ABUSE.

ORDER OF COURT

Considered and ordered this 12th day of September, 2006, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Marilyn L. Huff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 11, 2006

Respectfully,

_____
Arturo Montano, U.S. Pretrial Services Officer

Place __El Centro, California__

Date __September 11, 2006__